IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WARREN EDWARD BLACK, | § | |
| Plaintiff, | § | |
| v. | § | 2:16-CV-207-D |
| MARLIN GRAHAM, | § | |
| Defendant. | § | |

### **ORDER**

After making an independent review of the pleadings, files, and records in this case and the March 4, 2019 findings, conclusions, and recommendation of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and this action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

April 11, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE